# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 23, 2020

## NO. 03-18-00229-CV

**Field G. Harrison, D.D.S., Appellant**

**v.**

**Texas State Board of Dental Examiners, Appellee**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### AFFIRMED IN PART, REVERSED AND REMANDED IN PART --
### OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on March 19, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment that affirms the Board's sanctions against Harrison, affirms the remainder of the district court's judgment, and remands the case to the trial court with instructions to remand the case to the Board for further reconsideration of sanctions against Harrison. On remand, the Board is limited to exercising its discretion on the assessment of sanctions against Harrison consistent with this opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.